UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches©,
Plaintiff

v.

Civil No _____

07 FILED
OCT 0 3 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NICODEMO S. SCARFO A/K/A "Little Nicky" Scarfo;
Joseph Merlino A/K/A Skinny Joey;
Milton Milan;
Ralph Natale;
John Stanfa;
Robert F. Simone,
DEFENDANTS

RECEIVED
OCT 0 3 2007

Complaint
"MAFIA HARASSMENT"
"TRO TEMPORARY RESTRAINING ORDER"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable court to Issue an order for Mob Defendants named in this suit to Respond. This is a harassment suit and crimes pursuant to: Rico, Loansharking, Money laundering, Shakedowns, extortion, Identity theft, Tax Fraud, harassment, and terroristic thefts. Plaintiff moves this Honorable court to issue a TRO Temporary Restraining Order Against Defendants and Defendants Mob connections, Defendants casinos. Plaintiff seeks $50,000,000.00 Million dollars collectively from Defendants. Plaintiff prays for relief

1

Defendants all plan to move to Salters, South Carolina around FCI Williamsburg to start the LCN South Carolina chapter. Milton Milan is in secret plans with South Carolina Confederates to become FCI Williamsburg mayor.

This is a coup that is going to take place Nov 4th, 2007 during mid term Elections with the help of Monks from Burma who Defendants payed off Union Teamster members local 666 Charleston South Carolina to box and ship Monks carefully to the ports. 100,000 of them charging the gates of FCI Williamsburg with the help of Broad St. Bullies from South Philly carrying Milton Milan on a golden chair like Pharoh on Nov 10, 2007.

2

Defendants want to turn FCI Williamsburg into Scarfo Casino's and use Inmates as coctail waitresses on Dec 1, 2007. John Stanfa plans to use my eye balls as rolling dice. Skinny Joey Merlino plans to eat me to gain weight on my birthday Dec. 27th.

3

Defendant Robert F. Simone has been home schooling me since Feb 25th 2003, teaching me to write lawsuits. Defendants forced me to sue DMX a/k/a Earl Simmons in Maricopa County, Arizona case # CV 2007-014707 for Mob corn on the cob ties, Baseball betting when Curt Shilling was a World Series pitcher in 2001. Defendants forced me to sue Florida State Football coach Bobby Bowden on 4-18-07 in Leon County, Second Judicial Circuit Tallahasse Florida case # 2007CA002579 because a lawsuit would distract Bobby Bowden from coaching while Defendant Merlino has secret ties with Pen State coach Joe Paterno his god father, who is right behind Bobby Bowden all time in wins, A lawsuit would distract Bowden, and Paterno would pass Bowden in wins. On 4-16-07 Defendants threaten me with John Stanfa who said he is going to transfer to FCI Williamsburg from USP Leavenworth if I don't sue Michael Vick in Allegany County, Cumberland Maryland case # 01-C-07-028465 OC because Cumberland is a private CCA Golf course that needs courthouse revenue since John Gotti's death.

4

On Nov 11, 2007 - Defendants plan to hire Rocky Balboa to be my cellmate, sealing my cell door shut, giving Rocky Brisk IceT and putting me on a meat hook and stealing my brain and selling it to the Philadelphia Art museum.

5

I was the "Billy Graham of Philly Scams" From 1995-2003. Defendants sent Linda Vizzi Special Agent Philly FBI after my Identity theft movements. Defendants Stalked me at Seaseme Place on 6-23-07. Defendants tried to break my knee cups when I went skiing at Blue Mountain in the Pocono 500, like they did to Sonny Bono cause Bono found out Cher was having a Affair with Scarfo in 1988.

Defendants plan to break into Main Line Models in King of Prussia PA and take my copyrighted modeling pictures and sell them to KGB agents for rare 1943 Vodka unopened, using my teeth as a corkscrew

9-10-07 Defendants tatooed omerta on my forehead. When they take over FCI Williamsburg they plan to put candy and gold coins in my body and use a bat, and tie me with a Jenu 6 tree like a pinata.

Defendants Plan to use the FCI Williamsburg laundry department to wash Money

TRO Temporary Restraining Order

Im scared defendants are going to bury me next to Jimmy Hoffa. Defendants made Steve Fossett disappear because Fossett owed NBA ref Tim Donaghy LCN Philly mob money through Scores Nightclub in New York. Defendants plan to bribe Philadelphia Eagles coach Andy Reid's sons Judges to get both of them on probation. I have nightmares that a Mob of silicy Italians and Fiats are going to execute me with Saddams gallows. Defendant's have my cell wiretapped by New England coach Bill Belichick and my room guarded my Prodi foot soldiers with Macta accents and Swiss guards with Army Knifes ready to get Italian FCI Williamsburg Inmates to stick me with prison butter Knifes. I need my medication

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully Submitted

Jonathan Lee Riches©