IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES | : | CIVIL ACTION |
| v. | : | |
| NICODEMO S. SCARFO, et al. | : | NO. 07-4149 |

### O R D E R

**AND NOW**, this 8 day of October, 2007, plaintiff, proceeding pro se, having failed to either pay the $350 filing fee to commence this civil action or to file a motion to proceed in forma pauperis, and plaintiff's complaint consisting of fanciful and clearly baseless claims, see Neitzke v. Williams, 490 U.S. 319, 327 (1989) (dismissal is appropriate when an action posits "factual contentions [that] are clearly baseless."), **IT IS HEREBY ORDERED** that the Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

_____
LOUIS H. POLLAK, J.